# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **FRANCIS R. PUGH, JR.,** | : | |
| **Plaintiff** | : | **CIVIL ACTION NO. 3:13-2511** |
| **v.** | : | **(JUDGE MANNION)** |
| **CAROLYN W. COLVIN, Acting Commissioner of Social Security,** | : | |
| **Defendant** | : | |
| | : | |

# **O R D E R**

In light of the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)**   the plaintiff's objections to the report and recommendation of Judge Cohn, **(Doc. 24)**, are **OVERRULED**;

**(2)**   the report and recommendation of Judge Cohn, **(Doc. 23)**, is **ADOPTED IN ITS ENTIRETY**; and

**(3)**   the Clerk of Court is directed to **CLOSE THIS CASE**.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

Date: March 9, 2015

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2013 MEMORANDA\13-2511-01-ORDER.wpd